FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

APR 5 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RON KUNTZ, <br>     Plaintiff, <br><br> v. <br><br> UNKNOWN, <br>     Defendant. | : <br> : <br> :    CIVIL ACTION NO. <br> :    1:07-CV-659-TWT <br> : <br> : <br> : |

## ORDER AND OPINION

Although the Clerk docketed the instant action as a civil rights complaint pursuant to 42 U.S.C. § 1983, it appears to the Court that Plaintiff, Ron Kuntz, did not intend to file any type of action with the Court at this time. Plaintiff does not appear to claim that anyone acting under color of state law committed a constitutional violation against him; rather, he instead indicates that he has information pertaining to a local drug ring and requests that he provide such information to the Court in exchange for a reduced sentence. The United States Attorney's Office, rather than this Court, is the agency to which Plaintiff's inquiry should be directed.

AO 72A
(Rev.8/82)

As the Court finds that Mr. Kuntz did not intend to file a civil rights action at this time, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the instant action [Doc. 1].

**IT IS SO ORDERED**, this _4_ day of _april_, 2007.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

2